Kevin G. Clarkson, Esq.
Matthew C. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
(907) 258-2000

Attorneys for Plaintiff, Kathleen Rose Taylor

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN ROSE TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Case No. 3:13-cv-00082-SLG |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, Kathleen Rose Taylor, by and through her attorneys, Brena, Bell & Clarkson, P.C., and the United States of America, by and through the United States Attorney for the District of Alaska, pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

BRENA, BELL &
CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

Stipulation for Dismissal
*Kathleen Rose Taylor v. United States*, No. 3:13-cv-00082 SLG
Page 1 of 2

Case 3:13-cv-00082-SLG   Document 11   Filed 04/28/14   Page 1 of 2

BRENA, BELL & CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiff Kathleen Rose Taylor

4/28/14
Date

By _____
Kevin G. Clarkson, ABA No. 8511149
Matthew C. Clarkson, ABA No. 1111077

KAREN L. LOEFFLER
UNITED STATES ATTORNEY
Attorneys for Defendant United States

4/28/14
Date

By _____
Gary M. Guarino
Assistant U. S. Attorney

Stipulation for Dismissal
*Kathleen Rose Taylor v. United States*, No. 3:13-cv-00082 SLG
Page 2 of 2