IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATHLEEN ROSE TAYLOR,

                Plaintiff,

  v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 3:13-cv-00082-SLG

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation for Dismissal (Docket 11), and good cause appearing, IT IS HEREBY ORDERED that all claims in this case are DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 26th day of September, 2014, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE